UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No.  10-cr-167-01-SM

Dwight Reynolds,
    Defendant

O R D E R

Defendant Reynolds's  motion to continue the final pretrial conference and trial is granted  (document no.12).  Defendant Reynolds has filed a Waiver of Speedy Trial.  Trial has been rescheduled for the March 2011 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 11, 2011 at 4:00 p.m.

Jury selection will take place on March 22, 2011 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 4, 2011

cc: Jessica Brown, Esq.
 Clyde Garrigan, AUSA
 U.S. Marshal
 U.S. Probation